

Opinions of the United
States Court of Appeals
for the Third Circuit

12-16-2013

# Sheet Metal Workers Intl Assn v. E.P. Donnelly, Inc

Precedential or Non-Precedential: Precedential

Docket No. 10-2201

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Sheet Metal Workers Intl Assn v. E.P. Donnelly, Inc" (2013). *2013 Decisions.* Paper 1588.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1588

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 16, 2013

No. <u>10-2201, 10-2202, 10-2324, 11-4480 & 12-1047</u>

SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION LOCAL UNION NO. 27, AFL-CIO

v.

E.P. DONNELLY, INC.; SAMBE CONTRUCTION CO. INC.

(D. N.J. No. 1-07-cv-03023 & NLRB No. 1:4-CD-1188)


It is hereby ORDERED that the Motion to Amend the Opinion is Granted. The

Opinion Entered on December 13, 2013 is hereby amended to remove Melissa C.

Angeline, Esq. from the list of Counsel Representing Sambe Construction Co., Inc.



For the Court,


/s/ Marcia M. Waldron
Clerk


Dated: December 16, 2013
CJG/cc:    Mark E. Belland, Esq.
           Steven J. Bushinsky, Esq.
           Louis Rosner, Esq.
           Melissa C. Angeline, Esq.
           Marc Furman, Esq.
           Jonathan Landesman, Esq.